UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

A:DARIUS FERGUSON,

    Plaintiff,

v.

BERRIEN COUNTY, et al.,

    Defendants.

_____/

Hon. Jane M. Beckering

Case No. 1:21-cv-1016

## ORDER

This matter is before the Court on Defendants' joint motion for a protective order and to quash a non-party deposition subpoena. (ECF No. 103). Defendants seek expedited consideration. (*See* ECF No. 103, PageID.1435). That request is **GRANTED**. Accordingly,

**IT IS ORDERED** that Plaintiff shall, no later than Friday, April 21, 2023, file a response to the motion.

**IT IS FURTHER ORDERED** that the parties shall appear before the undersigned judicial officer on Tuesday, April 25, 2023, at 1:00 p.m. 499 Federal Building, 110 Michigan Street NW, for a hearing on the motion.

**IT IS SO ORDERED**.

Date: April 18, 2023

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge