UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ADARIUS FERGUSON,

    Plaintiff,                                     Hon. Jane M. Beckering

v.                                            Case No. 1:21-cv-01016-JMB-PJG

BERRIEN COUNTY, et al.,

    Defendants,
_____/

## ORDER

This matter is before the Court on Plaintiff's Motion to Adjourn. (ECF No. 106). Defendants do not object to the adjournment. (ECF No. 107). The Court being fully advised in the premises, the motion is **GRANTED**. Accordingly,

**IT IS ORDERED** that the April 25, 2023, Motion Hearing is hereby **RESCHEDULED** to April 24, 2023, at 3:00 p.m. before the undersigned. Plaintiff's responsive deadline to the pending motion remains as originally ordered.

**IT IS SO ORDERED**.

Date: April 20, 2023

                                                      /s/ Phillip J. Green
                                                      PHILLIP J. GREEN
                                                      United States Magistrate Judge